JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL & BAILEY, a law firm, individually and on behalf of the general public and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITICORP DATA SYSTEMS, INCORPORATED, a corporation; CITIBANK (WEST), FSB, a business entity, form unknown; CITIGROUP, a business entity, form unknown; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. SACV 07-00395-CJC(ANx)<br><br>Assigned to The Honorable Cormac J. Carney<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that, pursuant to the Stipulation to Remand |
| 3 | Action to State Court between the parties, filed December 15, 2009 (the |
| 4 | "Stipulation"), the Stipulation is **GRANTED**, and it is **FURTHER ORDERED** |
| 5 | **THAT**, pursuant to the Stipulation and Agreement of Settlement, dated November |
| 6 | 25, 2009, between the parties, and in light of the Order (entered by this Court |
| 7 | December 15, 2009) granting the prior stipulation dismissing the First Cause of |
| 8 | Action for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 |
| 9 | U.S.C. section 1961, et seq., this action is hereby remanded to the Superior Court of |
| 10 | the State of California for the County of Orange, Case No. 06CC246. |
| 12 | IT IS SO ORDERED. |
| 15 | DATE: December 18, 2009 |
| 17 | |
| 18 | Hon. Cormac J. Carney<br>United States District Judge |

- 1 -

ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT

LA 51216182